**88-1647.** Upper Ohio Valley Presbytery v. Covenant Presbyterian Church. *Jefferson County,* No. 87-J-3. Reported at 39 Ohio St. 3d 729, 534 N.E. 2d 354. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

**88-1750.** Newark v. Vazirani. *Licking County,* No. CA-3366. Reported at 40 Ohio St. 3d 708, 534 N.E. 2d 842. On motion for rehearing. Rehearing granted.

Holmes and Resnick, JJ., dissent.

On motion to certify. Allowed.

Holmes and Resnick, JJ., dissent.

**88-1844.** Makris v. Ormet Corp. *Monroe County,* No. 637. Reported at 40 Ohio St. 3d 710, 534 N.E. 2d 850. On motion for rehearing. Rehearing denied.